STATE OF MINNESOTA

IN SUPREME COURT

A15-0953

FILED

June 30, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Naomi Dawn Isaacson, a Minnesota Attorney,
Registration No. 0291043.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a
petition for disciplinary action against respondent Naomi Dawn Isaacson. The Director
has also filed an application for suspension under Rule 12(c)(1), Rules on Lawyers
Professional Responsibility, based upon evidence that respondent cannot be found in the
state to respond to the petition for disciplinary action.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Naomi Dawn Isaacson is suspended
from the practice of law. Within 1 year from the date of the filing of this order,
respondent may move the court for vacation of the order of suspension and for leave to
answer the petition for disciplinary action. If respondent fails to appear in this matter
within 1 year of the date of the filing of this order, the allegations in the petition for
disciplinary action shall be deemed admitted.

Dated: June 30, 2015

BY THE COURT:

Alan C. Page
Associate Justice